

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00452-CR

Anabel **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 13, Bexar County, Texas
Trial Court No. 573224
Honorable Rosie S. Gonzalez, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED December 27, 2019.

_____
Rebeca C. Martinez, Justice